**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV11-03604 JAK (MANx) | Date | November 7, 2011 |
|---|---|---|---|
| Title | Omar Morgades v. AFNI, Inc. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL

On November 4, 2011, plaintiff filed "Notice of Settlement" [19]. The Court sets an Order to Show Cause re Dismissal for January 9, 2012 at 1:30 p.m. If the parties file a dismissal by January 6, 2012, the matter will be taken off calendar and no appearance by counsel will be required.

The November 28, 2011 Post-Mediation Status Conference, March 5, 2012 Final Pretrial Conference, March 16, 2012 Status Conference re Exhibits, and March 20, 2012 Jury Trial are vacated.

**IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
| | Initials of Preparer | ak |